

SOUTHERN DISTRICT OF MISSISSIPPI
FILED
AUG 20 2019
ARTHUR JOHNSTON
BY _____ DEPUTY

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
NORTHERN DIVISION

UNITED STATES OF AMERICA

v.

CRIMINAL NO. 3:19cr174DPJ

MARIA GUADALUPE DOMINGO-GARCIA
a/k/a Denytria Nikkole Torres

18 U.S.C. § 1546(a)
42 U.S.C. § 408(a)(7)(B)

**The Grand Jury charges:**

COUNT 1

On or about November 13, 2017, in Scott County, in the Northern Division of the

Southern District of Mississippi, and elsewhere, the defendant, **MARIA GUADALUPE**

**DOMINGO-GARCIA, a/k/a Denytria Nikkole Torres**, aided and abetted by others known and

unknown to the Grand Jury, did knowingly possess, utter, use and attempt to use a document

prescribed by statute and regulation for evidence of authorized stay or employment in the United

States, that is a Social Security Card, which card the defendant knew to be unlawfully obtained,

in violation of Title 18, United States Code, Sections 1546(a) and 2.

COUNT 2

On or about November 13, 2017, in Scott County, in the Northern Division of the

Southern District of Mississippi, and elsewhere, the defendant, **MARIA GUADALUPE**

**DOMINGO-GARCIA, a/k/a Denytria Nikkole Torres**, for the purpose of obtaining for herself

and any other person anything of value from any person, and for any other purpose, did, with

intent to deceive, falsely represent a number to be the Social Security account number assigned

by the Commissioner of Social Security to her, when in fact such number is not the Social

Security account number assigned by the Commissioner of Social Security to her, in violation of

Title 42, United States Code, Section 408(a)(7)(B).

D. MICHAEL HURST, JR.
United States Attorney

A TRUE BILL:

s/Redacted Signature

Foreperson of the Grand Jury

This indictment was returned in open court by the foreperson or deputy foreperson of the Grand Jury on this, the ___20th___ day of August, 2019.

UNITED STATES MAGISTRATE JUDGE

2