# UNITED STATES DISTRICT COURT

for the

Southern District of Mississippi

SOUTHERN DISTRICT OF MISSISSIPPI
**FILED**

SEP 17 2019

ARTHUR JOHNSTON
BY _____ DEPUTY

RECU USMS D43 21 AUG'19

| | |
|---|---|
| United States of America<br>v.<br><br>Maria Guadalupe Domingo-Garcia<br>a/k/a Denytria Nikkole Torres<br><br>*Defendant* | )<br>)<br>)   Case No.   3:19cr174DPJ<br>)<br>)<br>) |

## ARREST WARRANT

To:     Any authorized law enforcement officer

  **YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)*     Maria Guadalupe Domingo-Garcia a/k/a Denytria Nikkole Torres (Wherever Found)     ,
who is accused of an offense or violation based on the following document filed with the court:

☑ Indictment      ☐ Superseding Indictment      ☐ Information      ☐ Superseding Information      ☐ Complaint
☐ Probation Violation Petition      ☐ Supervised Release Violation Petition      ☐ Violation Notice      ☐ Order of the Court

This offense is briefly described as follows:

  18 USC 1546 (a)  Fraud and Misuse of Visa/Permits
  42 USC 408(a)(7)(B)  Misuse of Social Security Number

**ARTHUR JOHNSTON, CLERK**

*P. Stokes*
*Issuing officer's signature*

P. Stokes, Deputy Clerk
*Printed name and title*

Date:     08/20/2019

City and state:     Jackson, MS

| Return |
|---|
| This warrant was received on *(date)*  8/21/2019 , and the person was arrested on *(date)*  8/28/2019<br>at *(city and state)*   Jackson, MS   .<br><br>Date:  8/28/2019                               *all*              for HSI<br>                                                 *Arresting officer's signature*<br><br>                        A. Allen, Deputy US Marshal<br>                                                 *Printed name and title* |